IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEVON EVERETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 10-561 |
| v. ) | District Judge Arthur J. Schwab |
| ) | |
| NORT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

The above captioned case was initiated by the filing of a motion to proceed *in forma pauperis* (ECF No. 1) on May 4, 2010, and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the local rules of court.

On February 27, 2013, the Magistrate Judge filed a Report and Recommendation (ECF No. 94) recommending that the Motion for Summary Judgment filed by Defendants Allegheny County Jail, Chronister, Coulter, Kengerski, Moore, Nort, Pindel, Rubel and Rustin (ECF No. 66) be granted and that the Motion for Summary Judgment filed by Defendant Allegheny County Health Services, Inc. (ECF No. 70) be granted. Plaintiff filed Objections to the Report and Recommendation on March 13, 2013 (ECF No. 96). Plaintiff's Objections do not undermine the recommendation of the Magistrate Judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 14th day of March, 2013;

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by Defendants Allegheny County Jail, Chronister, Coulter, Kengerski, Moore, Nort, Pindel, Rubel and Ramon Rustin (ECF No. 66) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendant Allegheny County Health Services, Inc. (ECF No. 70) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF. No. 94) dated February 27, 2013, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

By the Court:

Arthur J. Schwab
United States District Judge

Jevon Everett
HW1387
SCI-Graterford
PO Box 244
Graterford, PA 19426