IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEVON EVERETT,

       Plaintiff,                      10cv0561

                                          **ELECTRONICALLY FILED**

       v.

CORRECTIONAL OFFICER NORT,
CORRECTIONAL OFFICER PENDEL,
SERGEANT MOORE, SERGEANT
RUBEL, SERGEANT KENGERSKI,
SERGEANT COULTER, CORRECTIONAL
OFFICER CHRONISTER, WARDEN
RUSTIN and ALLEGHENY COUNTY JAIL,

               Defendants.

**ORDER OF COURT RE: PRO SE PLAINTIFF'S MOTION FOR EXHIBIT (A) (DOC. NO. 159) AND MOTION TO SUBPOENA FEDERAL BUREAU OF INVESTIGATION DOSSIER FILE THAT REVEALS ALLEGHENY COUNTY JAIL TURMOIL OVER ABUSE (DOC. NO. 158)**

      Presently before this Court are two Motions filed by Pro Se Plaintiff. Doc. Nos. 158 and 159. Plaintiff moves this Court to admit an undated Pittsburgh Tribune Article entitled "FBI Files Reveal Jail Abuse Turmoil." The article centers on a cover-up related to a 2010 beating of an Allegheny County Jail inmate and the conviction of ex-Major James Donis and resignation of former Deputy Warden Lance Bohn. Doc. No. 159-1. Plaintiff contends that the article should be presented as an exhibit during trial and this Court should order production of the related FBI files. Doc. Nos. 158 and 159.

      Plaintiff's allegations center on incidents that occurred in April 2008, two years prior to the 2010 beating at Allegheny County Jail discussed in the article. None of the Defendants named in Plaintiff's Complaints are included in the article. Therefore, the newspaper article will not be admitted at trial and the Court will not order the FBI files to be produced.

1

AND NOW, this 24th day of February, 2014, IT IS HEREBY ORDERED THAT Plaintiff's Motion for Exhibit (A) (Doc. No. 159) and Motion to Subpoena Federal Bureau of Investigation Dossier File that Reveals Allegheny County Jail Turmoil Over Abuse (Doc. No. 158) are **DENIED**.

s/ Arthur J. Schwab  
Arthur J. Schwab  
United States District Judge

cc: All Registered ECF Counsel and Parties